**STATE v. BALLEW**

[339 N.C. 733 (1995)]

STATE OF NORTH CAROLINA v. DEVON EL BALLEW

No. 141A94

(Filed 3 March 1995)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 113 N.C. App. 674, 440 S.E.2d 565 (1994), finding no error in a trial before Sitton, J., in Superior Court, Gaston County, in which defendant was sentenced to judgments of imprisonment upon his conviction of two counts of first-degree rape and one count of sexual activity by a substitute parent. Heard in the Supreme Court 15 February 1995.

*Michael F. Easley, Attorney General, by K.D. Sturgis, Assistant Attorney General, for the State.*

*Reid C. James for defendant-appellant.*

PER CURIAM.

AFFIRMED.